FILED
CHARLOTTE, NC
JAN 25 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC.3:19MC13

| | | |
|---|---|---|
| IN THE MATTER OF | ) | ESTABLISHMENT |
| ADOPTING A PRISONER | ) | ORDER |
| ASSISTANCE PROGRAM | ) | |
| | ) | |

For good cause appearing to the Court,

**IT IS ORDERED** that:

1. A Prisoner Assistance Program ("PAP") is hereby established as a Pilot Program for the United States District Court for the Western District of North Carolina and will become effective on or after the date of this Order.

2. The PAP is intended to work in conjunction with the Court's Standing Order: In the Matter of Appointment of North Carolina Prisoner Legal Services, Inc., in State Prisoner Civil Rights Cases.

3. The PAP shall be available for voluntary application to all civil rights cases in which the Plaintiff is a *pro se* prisoner who is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. Excluded from the PAP are cases filed under 28 U.S.C. § 2241, § 2254 or § 2255, bankruptcy appeals, and social security cases.

4. The Clerk is authorized to implement the PAP as generally outlined in the Implementation Order: In the Matter of Adopting a Prisoner Assistance Program. The Clerk of Court is authorized to make such changes as necessary to the PAP to assure its successful implementation.

1

5. This Order shall remain in effect until further order of this Court or until such time as the Local Rules are amended to incorporate the PAP into the Local Rules.

IT IS SO ORDERED. January 24, 2019

Frank D. Whitney, Chief
U.S. District Judge