# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# MISC. CASE NO. 3:19-mc-00013-MR

| | |
|---|---|
| IN RE: PRISONER ) <br> ASSISTANCE PROGRAM ) <br> _____ ) | ORDER OF <br> SUSPENSION |

**THIS MATTER** is before the Court *sua sponte*.

By Orders entered January 24, 2019, this Court established and implemented a Prisoner Assistance Program ("PAP") for the Western District of North Carolina. [Docs. 1, 2]. Upon review of the PAP, the Court has determined that because of the general unavailability of volunteer lawyers willing to participate in the program and represent plaintiffs, the program should be suspended until further Order of this Court.

**IT IS, THEREFORE, ORDERED** that the Prisoner Assistance Program for the Western District of North Carolina is hereby **SUSPENDED** pending further Order of this Court. Any case in which a prisoner plaintiff has opted to participate in the PAP but has not yet been appointed a lawyer shall proceed in its normal course without a PAP lawyer. Any lawyer who is currently representing a prisoner through the PAP shall continue such representation until such time as a motion to withdraw is allowed.

**IT IS SO ORDERED.**

Signed: June 9, 2020

Martin Reidinger
Chief United States District Judge