# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# MISC. CASE NO. 3:19-mc-00013-MR

| | | |
|---|---|---|
| **IN RE: PRISONER ASSISTANCE PROGRAM** | ) ) ) ) | **ORDER OF REINSTATEMENT** |

**THIS MATTER** is before the Court *sua sponte*.

By an Order entered June 9, 2020, this Court suspended operation of the Prisoner Assistance Program ("PAP") for the Western District of North Carolina. [Docs. 1, 2]. Upon further review, the Court has determined that the Establishment Order and Implementation Order should be reinstated.

**IT IS, THEREFORE, ORDERED** that the Establishment Order [Doc. 1] and Implementation Order [Doc. 2] establishing the Prisoner Assistance Program for the Western District of North Carolina are hereby **REINSTATED**.

**IT IS SO ORDERED.**

Signed: October 30, 2022

Martin Reidinger
Chief United States District Judge